Rose WOLCHIECK, as Administratrix, etc., of Thomas Wolchieck, deceased, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment of dismissal unanimously affirmed, with costs. No opinion.

In the Matter of Charles WOLFF, deceased. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Decree affirmed, with costs. No opinion. Order filed.

In the matter of the application of Egburt E. WOODBURY, Attorney General, respt., for an order requiring the Home Rule Tax Association of the State of New York, applt., to file a statement and account of receipts and expenditures in connection with the general election of 1915. Charles S. Mereness and Francis A. Willard, applts. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Did the petition set forth facts sufficient to entitle the proceeding to be maintained against the appellants, or either of them? See, also, 160 N. Y. Supp. 902.

Josiah P. WRIGHT, applt., v. Hubert E. LARKIN, as surviving partner, etc., et al., respts., and People's Bank of Buffalo, applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order affirmed, with $10 costs and disbursements. All concur. See, also, 91 Misc. Rep. 573, 154 N. Y. Supp. 961.

Ernest ZERNICK, Applt., v. John LOURICELLI et al., Respts. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Order modified, as stated in order, and, as modified, affirmed, with $10 costs and disbursements to appellant. No opinion. Order filed.

Harry ZIMSKY, respondent, v. LEVY DAIRY COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.